# EXHIBIT A

CASE 16-C-706                                KANAWHA                              PAGE   1
JEFFREY DAVIDSON, ON BEHALF OF vs. THOMAS MEMORIAL HOSPITAL

LINE  DATE      ACTION
1  05/09/16  @  CASE INFO: COMPLAINT: ISSUED SUM & 4 CPY; F FEE: RCPT 540112;
2             $200.00
3  05/23/16  @  LET FR SS DTD 5/11/16: SUM W/RET (5/17/16 SS) AS TO
4             HEALTHPORT TECH
5  05/23/16  @  LET FR SS DTD 5/11/16; SUM W/RET (5/17/16 SS) AS TO
6             J. THOMAS MEMORIAL HOSPITAL ASSOCIATION
7  05/25/16  @  LET FR SS DTD 5/18/16; SUM W/RET *5/18/16 SS) AS TO HERBERT
8             J. THOMAS MEMORIAL HOSPITAL ASSOICAITON
9  05/31/16  #  (3) E-CERTS FR SS